**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Karen Tichy,** )<br>)<br>**Plaintiff(s),** )<br>)<br>v. )<br>)<br>**Hyatt Hotels Corporation, et al,** )<br>)<br>)<br>**Defendants.** ) | No. 18 C 1959<br><br>Judge Rebecca R. Pallmeyer |

## ORDER

    Unopposed motion to substitute Hilton Domestic Operating Company Inc. for Hilton Worldwide Holdings Inc., as a Party Defendant [29] is granted without an appearance. Hilton Worldwide is dismissed as a Defendant from this action without prejudice.

                                 ENTER:

                                 _____

Dated: April 10, 2018

                                 REBECCA R. PALLMEYER
                                 United States District Judge