IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN TICHY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HYATT HOTELS CORPORATION; )<br>HILTON DOMESTIC OPERATING )<br>COMPANY INC.; SIX CONTINENTS )<br>HOTELS, INC.; MARRIOTT )<br>INTERNATIONAL, INC.; and )<br>WYNDHAM HOTELS GROUP LLC )<br>)<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-01959<br><br>Hon. Rebecca R. Pallmeyer<br><br>Magistrate Judge M. David Weisman |

**DEFENDANTS' JOINT MOTION TO DISMISS**
**FIRST AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Hyatt Hotels Corporation, Hilton Domestic Operating Company Inc., Six Continents Hotels, Inc., Marriott International, Inc., and Wyndham Hotel Group, LLC (collectively, "Defendants") hereby move the Court to dismiss Plaintiff's First Amended Class Action Complaint with prejudice. In support of this Motion to Dismiss, Defendants concurrently submit a Memorandum of Law in support. Defendants understand that Plaintiff intends to oppose this Motion to Dismiss.

Dated: June 22, 2018

Respectfully submitted,

/s/ Sean M. Berkowitz

Sean M. Berkowitz (ARDC No. 6209701)
  sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 933-9767

Christopher S. Yates (admitted *pro hac vice*)
  chris.yates@lw.com
Brendan A. McShane (admitted *pro hac vice*)

brendan.mcshane@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Hyatt Hotels Corporation*

/s/ Zachary Fardon (with consent)
Zachary Fardon (IL Bar No. 6292156)
KING & SPALDING LLP
444 W Lake Street Suite 1650
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
zfardon@kslaw.com

Jeffrey S. Cashdan (IL Bar No. 6203950)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcashdan@kslaw.com

*Counsel for Six Continents Hotels, Inc.*

/s/ Carrie C. Mahan (with consent)
Carrie C. Mahan (IL Bar No. 459802)
carrie.mahan@weil.com
Weil Gotshal & Manges LLP
2001 M Street, N.W.
Washington, D.C. 20036
(202) 682-7000

Stephen J. Siegel (IL Bar No. 6209054)
ssiegel@novackmacey.com
Brian E. Cohen (IL Bar No. 6303076)
bcohen@novackmacey.com
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

*Counsel for Hilton Domestic Operating Company Inc.*

*/s/* Shari Ross Lahlou (with consent)
Shari Ross Lahlou (admitted *pro hac vice*)

2

SLahlou@crowell.com
Jeffrey L. Poston (admitted *pro hac vice*)
JPoston@crowell.com
Luke van Houwelingen (admitted *pro hac vice*)
LvanHouwelingen@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Fax: (202) 628-5611

Adam G. Kelly (IL Bar No. 6277772)
Andrew R. DeVooght (IL Bar No. 6273361)
John A. Cotiguala (IL Bar No. 6311056)
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Tele: (312) 464-3100
Fax: (312) 464-3111
akelly@loeb.com
adevooght@loeb.com
jcotiguala@loeb.com

*Counsel for Defendant Marriott International, Inc.*

/s/ Paula J. Morency (with consent)
Paula J. Morency
Ann H. MacDonald
Michael K. Molzberger
Schiff Hardin LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
pmorency@schiffhardin.com
amacdonald@schiffhardin.com
nnolzberger@schiffhardin.com

Robert J. Wierenga
Schiff Hardin LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501
rwierenga@schiffhardin.com

*Counsel for Defendant Wyndham Hotel Group, LLC*

3

**CERTIFICATE OF SERVICE**

    I, Sean M. Berkowitz, hereby certify that on this 22nd day of June, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to all filing users.

        /s/ Sean M. Berkowitz
        Sean M. Berkowitz (ARDC No. 6209701)