**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Karen Tichy

                      Plaintiff,

v.                                              Case No.: 1:18−cv−01959
                                                Honorable Rebecca R. Pallmeyer

Hyatt Corporation, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 21, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants' motion to dismiss [64] is denied. Defendants are directed to answer the complaint within 28 days. Rule 16 conference is set for May 2, 2019 at 9:30 a.m. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.