# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KAREN TICHY, MAARTEN ALBARDA, and BARRY BAGNATO, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 18-cv-1959 |
| HYATT HOTELS CORPORATION; ) | Hon. Rebecca R. Pallmeyer |
| HILTON DOMESTIC OPERATING ) | |
| COMPANY INC.; SIX CONTINENTS ) | Magistrate Judge M. David Weisman |
| HOTELS, INC.; MARRIOTT ) | |
| INTERNATIONAL, INC.; and ) | |
| WYNDHAM HOTEL GROUP LLC, ) ) | |
| Defendants. ) | |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on January 6, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the Defendants will appear before Chief Judge Rebecca R. Pallmeyer of the United States District Court for the Northern District of Illinois, in Courtroom 2541 located at 219 South Dearborn Street, Chicago, Illinois, to present their *Agreed Motion for Extension of Time to Respond to Plaintiffs' Second Amended Class Action Complaint*.

Dated: December 20, 2019

-2-

Counsel for Defendant Hilton Domestic Operating Company Inc.

*/s/ Carrie C. Mahan*
Carrie C. Mahan (ARDC No. 459802)
carrie.mahan@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 682-7000

Randi W. Singer (ARDC No. 2946671)
randi.singer@weil.com
Olivia J. Greer (ARDC No. 5108048)
olivia.greer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000

Stephen J. Siegel (ARDC No. 6209054)
ssiegel@novackmacey.com
Brian E. Cohen (ARDC No. 6303076)
bcohen@novackmacey.com
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900

Counsel for Defendant Wyndham Hotel Group, LLC

*/s/ Ann H. MacDonald*
Paula J. Morency
Ann H. MacDonald
Michael K. Molzberger
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
pmorency@schiffhardin.com
amacdonald@schiffhardin.com
mmolzberger@schiffhardin.com

Robert J. Wierenga
Jessica A. Sprovtsoff (admitted pro hac vice)
SCHIFF HARDIN LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Tel: (734) 222-1500
Fax: (734) 222-1501
rwierenga@schiffhardin.com
jsprovtsoff@schiffhardin.com

-3-

Counsel for Defendant Marriott
International, Inc.

*/s/ Shari Ross Lahlou*
Shari Ross Lahlou (admitted pro hac vice)
DECHERT LLP
1900 K Street, NW
Washington, D.C., 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
Shari.Lahlou@Dechert.com

Jeffrey L. Poston (admitted pro hac vice)
Luke van Houwelingen (admitted pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5611
JPoston@crowell.com
LvanHouwelingen@crowell.com

Adam A. Kelly
Andrew R. DeVooght
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Tel: (312) 464-3100
Fax: (312) 873-4187
akelly@loeb.com
adevooght@loeb.com

Counsel for Defendant Six Continents
Hotels, Inc.

*/s/ Zachary Fardon*
Zachary Fardon (ARDC No. 6292156)
KING & SPALDING LLP
444 W Lake Street Suite 1650
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330
zfardon@kslaw.com

Jeffrey S. Cashdan (ARDC No. 6203950)
Emily Shoemaker Newton (admitted
pro hac vice)
Danielle Chattin (admitted pro hac vice)
Lohr Beck-Kemp (admitted pro hac vice)
Alexander Gray (admitted pro hac vice)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
jcashdan@kslaw.com
enewton@kslaw.com
dchattin@kslaw.com
lbeck-kemp@kslaw.com
agray@kslaw.com

-4-

Counsel for Defendant Hyatt Corporation

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (ARDC No. 6209701)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 933-9767

Christopher S. Yates (admitted pro hac vice)
chris.yates@lw.com
Brendan A. McShane (admitted pro hac vice)
brendan.mcshane@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on December 20, 2019, she caused a true and correct copy of the foregoing Notice of Agreed Motion to be filed electronically with the Court's CM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

*s/ Ann H. MacDonald*