UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN TICHY, MAARTEN ALBARDA, and BARRY BAGNATO,<br><br>     Plaintiffs,<br><br> v.<br><br>HYATT CORPORATION; HILTON DOMESTIC OPERATING COMPANY INC.; SIX CONTINENTS HOTELS, INC.; MARRIOTT INTERNATIONAL, INC.; WYNDHAM HOTEL GROUP LLC; and CHOICE HOTELS INTERNATIONAL, INC.,<br><br>     Defendants. | No. 1:18-cv-01959<br><br>Chief Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge M. David Weisman |

## STIPULATION

The Parties have reached an agreement that Plaintiffs will review and produce the materials sought by the Motion to Compel. The Parties therefore stipulate that the Motion should be withdrawn without prejudice.

DATED: November 9, 2020

Respectfully submitted,

**Counsel for Plaintiffs Karen Tichy, Maarten Albarda, and Barry Bagnato**
/s/ *Zoran Tasić*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

**Counsel for Defendant Wyndham Hotel Group, LLC**
/s/ Paula J. Morency

Paula J. Morency
Ann H. MacDonald
Michael K. Molzberger
Gregory J. Dickinson
Kevin Whelan
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

Jeannie Evans
Zoran Tasić
HAGENS BERMAN SOBOL SHAPIRO LLP
455 Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
jeannie@hbsslaw.com
zorant@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Class*

pmorency@schiffhardin.com
amacdonald@schiffhardin.com
mmolzberger@schiffhardin.com
gdickinson@schiffhardin.com
kwhelan@schiffhardin.com

Robert J. Wierenga
Jessica A. Sprovtsoff (admitted *pro hac vice*)
SCHIFF HARDIN LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Tel: (734) 222-1500
Fax: (734) 222-1501
rwierenga@schiffhardin.com
jsprovtsoff@schiffhardin.com

**Counsel for Defendant Six Continents Hotels, Inc.**
/s/ Zachary Fardon
Zachary Fardon (ARDC No. 6292156)
KING & SPALDING LLP
444 W Lake Street Suite 1650
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330
zfardon@kslaw.com

Jeffrey S. Cashdan (ARDC No. 6203950)
Emily Shoemaker Newton (admitted *pro hac vice*)
Danielle Chattin (admitted *pro hac vice*)
Lohr Beck (admitted *pro hac vice*)
Logan Hobson (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
jcashdan@kslaw.com
enewton@kslaw.com
dchattin@kslaw.com
lohr.beck@kslaw.com
lhobson@kslaw.com

**Counsel for Defendant Hyatt Corporation**
/s/ Sean M. Berkowitz
Sean M. Berkowitz (ARDC No. 6209701)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP

330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 933-9767

Christopher S. Yates (admitted *pro hac vice*)
chris.yates@lw.com
Brendan A. McShane (admitted *pro hac vice*)
brendan.mcshane@lw.com
Megan Fitzpatrick
Megan.fitzpatrick@lw.com
Colleen Heyler
Collen.heyler@lw.com
Kevin Jakopchek
Kevin.jakopcheck@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095

**Counsel for Defendant Hilton Domestic Operating Company Inc.**
/s/ Carrie C. Mahan
Carrie C. Mahan (ARDC No. 459802)
carrie.mahan@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 682-7000

Randi W. Singer (ARDC No. 2946671) Adam Hemlock (ARDC No. 2829679) WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000

Stephen J. Siegel (ARDC No. 6209054)
ssiegel@novackmacey.com
Brian E. Cohen (ARDC No. 6303076)
bcohen@novackmacey.com
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900

- 4 -

**Counsel for Defendant Marriott International, Inc.**
/s/ Shari Ross Lahlou
Shari Ross Lahlou (admitted *pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, D.C., 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
Shari.Lahlou@Dechert.com

Jeffrey L. Poston (admitted *pro hac vice*)
Luke van Houwelingen (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5611
JPoston@crowell.com
LvanHouwelingen@crowell.com

Adam A. Kelly Andrew R. DeVooght
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Tel: (312) 464-3100
Fax: (312) 873-4187

- 5 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 9, 2020, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

                                                            _/s/ Zoran Tasić_
                                                            Zoran Tasić