# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KAREN TICHY, MAARTEN ALBARDA, and BARRY BAGNATO,<br><br>              Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION; HILTON DOMESTIC OPERATING COMPANY INC.; SIX CONTINENTS HOTELS, INC.; MARRIOTT INTERNATIONAL, INC.; WYNDHAM HOTEL GROUP, LLC; and CHOICE HOTELS INTERNATIONAL, INC.,<br><br>              Defendants. | Case No. 1:18-cv-01959<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge M. David Weisman |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs Karen Tichy, Maarten Albarda, and Barry Bagnato ("Plaintiffs") filed their fifth amended complaint against Defendants Hyatt Corporation, Hilton Domestic Operating Company Inc., Six Continents Hotels, Inc., Marriott International, Inc., Wyndham Hotel Group, LLC, and Choice Hotels International, Inc. ("Defendants") on June 24, 2021, which dropped Plaintiffs' claim for money damages; and

WHEREAS, on July 22, 2021, Plaintiffs and Defendants agreed to resolve all remaining claims in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that all claims by any party in the action *Tichy, et al. v. Hyatt Corporation, et al.*, No. 1:18-cv-01959 (N.D. Ill.) be dismissed with prejudice.

DATED: July 26, 2021              Respectfully submitted,

**For Defendant Hyatt Corporation**:

By: */s/ Sean M. Berkowitz*

Sean M. Berkowitz (ARDC No. 6209701)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
T: (312) 876-7700
F: (312) 933-9767
sean.berkowitz@lw.com

Christopher S. Yates (*pro hac vice*)
Brendan A. McShane (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
T: (415) 391-0600
F: (415) 395-8095
chris.yates@lw.com
brendan.mcshane@lw.com

**For Defendant Hilton Domestic Operating Company Inc.:**

By: */s/ Carrie C. Mahan*

Carrie C. Mahan (ARDC No. 459802)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W.
Washington, D.C. 20036
T: (202) 682-7000
carrie.mahan@weil.com

Randi W. Singer (ARDC No. 2946671)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Randi.singer@weil.com

Stephen J. Siegel (ARDC No. 6209054)
Brian E. Cohen (ARDC No. 6303076)
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
T: (312) 419-6900
ssiegel@novackmacey.com
bcohen@novackmacey.com

**For Plaintiffs**:

By: */s/ Jeannie Y. Evans*

Steve W. Berman
Nick Styant-Browne (*pro hac vice*)
1301 Second Ave, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594
steve@hbsslaw.com
nick@hbsslaw.com

Jeannie Y. Evans
Peter A. Shaeffer
HAGENS BERMAN SOBOL SHAPIRO LLP
455 Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
T: (708) 628-4949
F: (708) 628-4950
jeannie@hbsslaw.com
petersh@hbsslaw.com

Elaine T. Byszewski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
elaine@hbsslaw.com

*Counsel for Plaintiffs*

- 3 -

**For Defendant Six Continents Hotels, Inc.:**

By:  */s/ Zachary Fardon*

Zachary Fardon (ARDC No. 6292156)
KING & SPALDING LLP
111 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330
zfardon@kslaw.com

Jeffrey S. Cashdan (ARDC No. 6203950)
Emily Shoemaker Newton (*pro hac vice*)
Danielle Chattin (*pro hac vice*)
Lohr A. Beck (*pro hac vice*)
Logan Robert Hobson
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
jcashdan@kslaw.com
enewton@kslaw.com
dchattin@kslaw.com
lohr.beck@kslaw.com
lhobson@kslaw.com

**For Defendant Marriott International, Inc.:**

By: */s/ Shari Ross Lahlou*

Shari Ross Lahlou (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, D.C., 20006
T: (202) 261-3300
F: (202) 261-3333
Shari.Lahlou@Dechert.com

Jeffrey L. Poston (*pro hac vice*)
Luke van Houwelingen (*pro hac vice*)
Britton D. Davis (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 624-2500
F: (202) 628-5611
JPoston@crowell.com
LvanHouwelingen@crowell.com
bdavis@crowell.com

Adam A. Kelly
Andrew R. DeVooght
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
T: (312) 464-3100
F: (312) 873-4187
akelly@loeb.com
adevooght@loeb.com

**For Defendant Wyndham Hotel Group, LLC:**

By: /s/ Paula J. Morency

Paula J. Morency
Ann H. MacDonald
Michael K. Molzberger
Kevin J. Whelan
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
T: (312) 258-5500
F: (312) 258-5600
pmorency@schiffhardin.com
amacdonald@schiffhardin.com
mmolzberger@schiffhardin.com

Robert J. Wierenga
Jessica A. Sprovtsoff (*pro hac vice*)
SCHIFF HARDIN LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
T: (734) 222-1500
F: (734) 222-1501
rwierenga@schiffhardin.com
jsprovtsoff@schiffhardin.com

**For Defendant Choice Hotels International, Inc.:**

By: /s/ Justin W. Bernick

Justin W. Bernick
Molly Pallman
Olga Fleysh
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T: (202) 637-5600
F: (202) 637-5910
justin.bernick@hoganlovells.com
molly.pallman@hoganlovells.com

- 5 -

olga.fleysh@hoganlovells.com

Jacob D. Koering
MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.
225 West Washington Street, Suite 2600
Chicago, IL 60606
T: (312) 460-4272
F: (312) 460-4201
koering@millercanfield.com

- 6 -

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that on July 26, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

                                                     */s/ Jeannie Y. Evans*