**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Karen Tichy, et al.
                    Plaintiff,

v.                                                      Case No.: 1:18–cv–01959
                                                        Honorable Rebecca R. Pallmeyer

Hyatt Corporation, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 2, 2021:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court is in receipt of the parties' joint submission [292]. Based on the joint submission [292] the civil case is terminated. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.